# EXHIBIT NO. 2

Exhibit Description: Texas DMV "seeded lists".

Exhibit Document Citation: Doc. 1, PG. 45.

Exhibit Page Amount: 5 page[s].

| | |
|---|---|
| Case Style: Mark Laning v. National Recall & Data Services, et. al.<br><br>Case Cause Number: N/A<br><br>Case Filing: U.S. DIST. CT. N.D. TX. | Exhibit No. 2 Of 17, attached to:<br>PLAINTIFFS COMPLAINT—CLASS ACTION |

PLT EXHIBITS.   LANING V. NATIONAL RECALL & DATA SERVICES, INC.   EXHIBIT PAGE NO. 000014



PLT EXHIBITS. LANING V. NATIONAL RECALL & DATA SERVICES, INC. EXHIBIT PAGE NO. 000015



PLT EXHIBITS.   LANING V. NATIONAL RECALL & DATA SERVICES, INC.   EXHIBIT PAGE NO. 000016

