# EXHIBIT NO. 3

Exhibit Description: Solicitation letter send to "Emma Lusk".

Exhibit Document Citation: Doc. 1, PG. 46.

Exhibit Page Amount: 2 page[s].

| | |
|---|---|
| Case Style: Mark Laning v. National Recall & Data Services, et. al.<br><br>Case Cause Number: N/A<br><br>Case Filing: U.S. DIST. CT. N.D. TX. | Exhibit No. 3 Of 17, attached to:<br>PLAINTIFFS COMPLAINT—CLASS ACTION |

CHEVROLET SILVERADO C1500

## REQUEST FOR IMMEDIATE ACTION - TIME SENSITIVE MATERIAL ENCLOSED

WARNING: $2,000 FINE, 5 YEARS IMPRISONMENT, OR BOTH FOR ANY PERSON INTERFERING OR OBSTRUCTING WITH DELIVERY OF THIS LETTER. U.S. MAIL TTT.18 U.S. CODE

TO BE OPENED BY ADDRESSEE ONLY
PLEASE RESPOND WITHIN FIVE DAYS

T265 P1 93513
EMMA LUSK
2213 BUFFALO GAP
LEANDER TX 78641-8888



IMPORTANT:
NOTIFICATION THAT YOUR FACTORY WARRANTY IS EXPIRING OR EXPIRED
CALL 1-866-938-4449 AND SPEAK WITH MOTOR VEHICLE SERVICES.

\*\*\* EXTREMELY URGENT AND TIME SENSITIVE \*\*\*

# FINAL NOTICE

THIS IS NOT A BILL

| COVERAGE: AVAILABLE OFFER WILL EXPIRE: 4/30/2013 No inspection required prior to expiration | NEW COVERAGE: PLATINUM COVERAGE/ POWERTRAIN COVERAGE NO FEE PAYMENT PLAN | Business Hours Mon - Fri 8:00 - 8:00 Sat 9:00 - 4:00 |
|---|---|---|
| STATUS: | PENDING | |
| TYPE OF COVERAGE PENDING REQUEST | PROTECTION NEEDED | |
| PLATINUM COVERAGE | REQUESTING: 1. EXTENSIONS AVAILABLE TO 2017 2. UP TO OR ADDITIONAL 100,000 MILES 3. FULL COVERAGE / POWERTRAIN | |
| POWERTRAIN COVERAGE | | |

| | 0% | 1.5% | 2.25% | 3.25% | 4.5% | 7.85% | 9.25% | 11.09% |
|---|---|---|---|---|---|---|---|---|
| APPROVED | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| OFFER TERMINATION | 4/30/2013 | | CODE: | IDN0861048 | | TYPE: | TRANSFER |

MOTOR VEHICLE SERVICES          PHONE: 1-866-938-4449

**COMMENTS:**
THIS LETTER IS TO INFORM YOU THAT YOUR FACTORY WARRANTY HAS EXPIRED OR IS ABOUT TO EXPIRE, YOU WILL BE RESPONSIBLE FOR PAYING FOR ANY REPAIRS. YOU HAVE THE OPTION OF CONTINUING TO PROTECT YOUR VEHICLE BEYOND THE FACTORY WARRANTY. PLEASE RESPOND TO THIS OFFER NO LATER THAN 4/30/2013

**PLATINUM:**
ENGINE, TRANSMISSION, TRANSFER UNIT OF 4X4, DRIVE AXLE ASSEMBLY, FRONT AND REAR SUSPENSION, STEERING, AIR CONDITIONING UNIT, ELECTRONICS, SEALS, GASKETS, BRAKE SYSTEM, HIGH TECH ELECTRICAL SYSTEM, AND MORE.

**POWERTRAIN:**
ADDITIONAL 100,000 MILES OF COVERAGE.

"ALL POLICIES COME WITH 24 HOUR ROAD ASSISTANCE, TOWING AND CAR RENTAL"