# United States District Court
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MARK LANING and ARTHUR LOPEZ, individuals and on behalf of themselves and all others similarly situated,<br>　　Plaintiffs,<br><br>　　　　　v.<br><br>NATIONAL RECALL & DATA SERVICES, INC.,<br>　　Defendant. | § § § § § § § § § § | CASE NO. 3:16-CV-2358-S-BT |

## ORDER

This Order addresses Plaintiffs Mark Laning and Arthur Lopez's Motion for Voluntary Dismissal of Defendant National Recall & Data Services, Inc. [ECF No. 24]. After reviewing the motion, the Court finds that dismissal of Defendant National Recall & Data Services, Inc. pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) is appropriate. Therefore, the motion is granted.

**SO ORDERED.**

SIGNED July 14, 2018.

_____
KAREN GREN SCHOLER
**UNITED STATES DISTRICT JUDGE**